UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SEVDA INC.,<br><br>　　　　　　Defendant. | Case No. 21-cv-04703-JSC<br><br>**ORDER TO SHOW CAUSE TO PLAINTIFF AS TO WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 14 |

Plaintiff filed this disability access action on June 21, 2021. (Re: Dkt. No. 1.) The docket reflects that although Plaintiff served the complaint on July 19, 2021, (Dkt. No. 8) and the time for the joint site inspection has long since passed, the parties have not filed the Notice for Need for Mediation or Notice of Settlement as required by General Order 56 ¶ 9. On February 14, 2022, the Court ordered the parties to file either a Notice of Settlement of ADA Access Case or Notice of Need for Mediation and Certification of Counsel within 14 days. (Dkt. No. 14.) The parties have not responded to the Court's Order and the time do so has run. Accordingly, on before March 15, 2022, Plaintiff is ORDERED TO SHOW CAUSE in writing as to why this action should not be dismissed for failure to prosecute. *See* Fed. R. Civ. Pro. 41(b). Failure to timely respond to this Order may result in the dismissal of this action without further notice.

**IT IS SO ORDERED.**

Dated: March 1, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge