UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>          Plaintiff,<br><br>    v.<br><br>SEVDA INC.,<br><br>          Defendant. | Case No. 21-cv-04703-JSC<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 22 |

Plaintiff filed this disability access action on June 21, 2021. (Dkt. No. 1.) On February 14, 2022, given the lack of docket activity, the Court ordered the parties to file either a Notice of Settlement of ADA Access Case or Notice of Need for Mediation and Certification of Counsel as required by General Order 56 ¶ 9. (Dkt. No. 14.) Neither party responded to the Court's Order. The Court then ordered the parties to file a stipulation regarding resolution of Plaintiff's requested injunctive relief and the need for a site inspection, and provide the date for their upcoming settlement conference. (Dkt. No. 18.) The parties thereafter notified the Court that they had reached an agreement on injunctive relief. (Dkt. No. 20.) As a result, the Court granted the parties' stipulation relieving them of their obligation to conduct a joint site inspection. (Dkt. No. 22.) The parties were ordered to file a Notice of Need for Mediation or Notice of Settlement by April 14, 2022. (*Id*.) To date, the parties have filed neither.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE as to why this action should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). Plaintiff shall file a written response to this Order by May 9, 2022. Failure to do so may result in the dismissal of this action without further notice.

**IT IS SO ORDERED.**

Dated: May 2, 2022

JACQUELINE SCOTT CORLEY
United States District Judge