UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>                    Plaintiff,<br><br>          v.<br><br>SEVDA INC.,<br><br>                    Defendant. | Case No. 21-cv-04703-JSC<br><br>**ORDER TO DEFENDANT TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 26, 27 |

In light of the evidence that Defendant failed to appear at two different scheduled General Order 56 settlement conferences, Defendant is ordered to show cause why it should not be sanctioned for its failure to comply with General Order 56. Defendant's written response must be filed by June 14, 2022. Any factual assertions in the response shall be supported by a declaration under oath.

**IT IS SO ORDERED.**

Dated: June 6, 2022

_____
JACQUELINE SCOTT CORLEY
United States District Judge