1

2

3

4                                  UNITED STATES DISTRICT COURT

5                                NORTHERN DISTRICT OF CALIFORNIA

6

7    SCOTT JOHNSON,                              Case No.  21-cv-04703-JSC

8                  Plaintiff,

9           v.                                   **ORDER TO DEFENDANT TO APPEAR
                                                 AND SHOW CAUSE**
10   SEVDA INC.,
                                                 Re: Dkt. Nos. 28, 30, 31
11                 Defendant.

12

13          On June 6, 2022, the Court ordered Defendant to show cause as to why it should not be

14   sanctioned for its failure to appear at scheduled General Order 56 settlement conferences. (Dkt.

15   No. 28.) Defendant submitted a response attesting that it was unaware of any scheduled

16   mediations. (Dkt. No. 28.)  In light of Defendant's representations under oath, the Court ordered

17   the parties to meet and confer regarding a new date for the GO 56 settlement conference and file a

18   joint statement by June 23, 2022.  (Dkt. No. 30.)  Defendant was warned that failure to comply

19   with the Court's Order could result in sanctions.  On June 23, Plaintiff filed a separate statement

20   indicating that while Defendant responded to counsel's initial scheduling inquiry, Defendant did

21   not respond to subsequent attempts to confirm the date for the settlement conference.  (Dkt. No. 31

22   at ¶¶ 2-4 .)  Defendant also did not respond to Plaintiff's request for approval to file a joint

23   statement.  (*Id.* at ¶¶ 5-6.)

24          Accordingly, Defendant and its counsel is ORDERED TO APPEAR AND SHOW CAUSE

25   on June 30, 2022 at 1:30 p.m. via Zoom video as to why it should not be sanctioned for failure to

26   comply with the Court's Orders. Failure to appear may result in an award of sanctions without

27   further notice.

28

United States District Court
Northern District of California

1

2        **IT IS SO ORDERED.**

3    Dated:  June 24, 2022

4

5                                                                    _____
6                                                                    JACQUELINE SCOTT CORLEY
                                                                     United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28